# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Frances Gecker v. NSERV Corp., *et al.*     Case Number:     08 CV 6865

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Frances Gecker, not individually but as Chapter 11 Trustee of the bankruptcy estate of Automotive Professionals, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Joseph D. Frank | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/Joseph D. Frank | |
| FIRM     Frank/Gecker LLP | |
| STREET ADDRESS <br>     325 North LaSalle Street, Suite 625 | |
| CITY/STATE/ZIP <br>     Chicago, Illinois  60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216085 | TELEPHONE NUMBER <br> (312) 276-1400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | Yes |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | No |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | Yes |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Yes | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL                          APPOINTED COUNSEL | |